[No. 26741-5-III. Division Three. December 18, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE T. BROWN, *Petitioner*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-00587-4, Cameron Mitchell, J., entered December 7, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 29761-6-III. Division Three. December 18, 2012.]

MONICA WALTERS, *Appellant*, v. YOUNG WOMEN'S CHRISTIAN ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-2-01626-1, Jerome J. Leveque, J., entered February 4, 2011. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 30310-1-III. Division Three. December 18, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE LAWRENCE AUSTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-1-03101-5, Jerome J. Leveque, J., entered October 5, 2011. *Reversed* and *remanded* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 30743-3-III. Division Three. December 18, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS DOUGLAS REYNOLDS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-1-00904-1, Jill M. Johanson, J., entered December 21, 2010. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Kulik, J.